186 So. 922

Virgie PEDEN v. STATE.
8 Div. 781.

Court of Appeals of Alabama.
Jan. 24, 1939.

Henry D. Jones, of Florence, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

189 So. 923

Sherman PEPPERS v. STATE.
8 Div. 785.

Court of Appeals of Alabama.
May 23, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

181 So. 923

Lovis PERKINS v. STATE.
8 Div. 632.

Court of Appeals of Alabama.
May 24, 1938.

Street & Orr, of Guntersville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

184 So. 919

Catherine PHILLIPS v. STATE.
7 Div. 410.

Court of Appeals of Alabama.
Nov. 8, 1938.

Jas. L. Carter, of Anniston, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

176 So. 924

Daniel PINKERTON v. STATE.
6 Div. 117.

Court of Appeals of Alabama.
Oct. 26, 1937.

RICE, Judge.
Affirmed.